Prepared by State Reporter from Appeal Papers

In the Matter of the Estate of ANASTASIA FITZGERALD. JOSEPH FITZGERALD, Appellant; ANNA L. REED, Respondent.

*Decedent's estate — petition for sale of real property to pay legacies — decree directing sale reversed where annuity provided for in will is made a lien upon said property.*

*Matter of Fitzgerald*, 217 App. Div. 188, affirmed.
(Argued May 13, 1927; decided May 31, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1926, which reversed a decree of the Erie County Surrogate's Court directing the sale of certain real property belonging to the estate of Anastasia Fitzgerald, deceased, for the purpose of paying legacies and dismissed the petition. The will directed payment of a certain annuity which was made "a lien upon any and all real estate which I own or possess" except certain property devised. The Appellate Division held that this forbade the sale directed by the surrogate.

*Irving W. Cole* and *Edward E. Lewis* for appellant.
*Clayton M. Smith* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MILDRED E. KELLY, as Administratrix of the Estate of EDGAR J. KELLY, Deceased, Respondent, *v.* FULMER-AGNE REALTY COMPANY et al., Appellants.

*Negligence — fire escapes — death of roofer from fall of portion of fire escape he was using to reach roof of building for purpose of making repairs.*

*Kelly v. Fulmer-Agne Realty Co.*, 219 App. Div. 760, affirmed.
(Argued May 13, 1927; decided May 31, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,